1

Pro se Litigant

Robert Lee Dahlem

Rural Route 5360 Ariva ST #306

Lakeland, Florida

Zip Exempt, Near [33812]



STATE OF ILLINOIS             United States District Court Middle District Of
                              Tampa Division

| Robert Lee Dahlem | Docket No.: 8:23-cv-863-WFJ-SPF |
| Plaintiff, | |
| v. | MOTION FOR DEFAULT |
| Karen A. Yarbrough | JUDGEMENT |
| Defendant. | |

## MOTION FOR DEFAULT JUDGEMENT

Comes now the Plaintiff, Robert Lee Dahlem [hereinafter referred to as "**Plaintiff**"], and in his cause of action against the Defendant, Karen A. Yarbrough [hereinafter referred to as "**Defendant**"], moves this court to enter a default judgement against the Defendant in accordance with **Sec. 2-1301 of Illinois Code of Civil Procedure (735-ILCS 5/2 – 1301)**. Sec 2-1301(a) states that " the court shall determine the rights of the parties and grant to any party any affirmative relief to which the party may be entitled on the pleadings and proofs. Judgments shall be in the form required by the nature of the case and by the recovery or relief awarded. More than one judgment

COMPLAINT FOR DAMAGES

may be rendered in the same cause. If relief is granted against a party who upon satisfying the same in whole or in part will be entitled by operation of law to be reimbursed by another party to the action, the court may determine the rights of the parties as between themselves, and may thereafter upon motion and notice in the cause, and upon a showing that satisfaction has been made, render a final judgment against the other party accordingly".

Sec 2-1301(a) (d) then provides that *"judgment by default may be entered for want of an appearance, or for failure to plead, but the court may in either case, require proof of the allegations of the pleadings upon which relief is sought"*.

On basis of the above, and for the reasons provided hereunder, the Petitioner requests for a judgement by default. In support of his motion, the Plaintiff states as follows:

1. This court has jurisdiction over the parties and the subject matter. Plaintiff, Robert Lee Dahlem, is a resident of Polk County Florida, whereas Defendant, Karen Yarbrough, is currently working as a clerk at the Cook County, Illinois. Pursuant to 735 ILCS 5/ Sec 2-209, this court is conferred with immense jurisdiction to try this claim. All acts giving rise to the subject matter of the instant complaint have occurred or accrued in Cook Country Illinois, hence this court has full territorial and subject matter jurisdiction to entertain the instant Complaint.

2. The Complaint against the Defendant was filed by the Plaintiff in respect of the misrepresentation made to him about a non-existent legal requirement to obtain a marriage license, which the Plaintiff acted upon to his detriment, causing him material loss and damage. I deny that I received full disclosure regarding claims that I was required to obtain a marriage license and certificate of marriage from the Cook County Clerk.

A contract must be entered into knowingly, intelligently, intentionally, and with fully informed consent.

3. Upon knowing of the same, the Plaintiff apprised the Defendant repeatedly through notarized affidavits of the Plaintiff's recission of his signatures and revocation of his consent, but the Defendant failed to remedy the defect caused by the actions of a previous clerk of the Cook Country, in abuse of his power and in negligence of his duties.

4. In his complaint, the Plaintiff asserted various counts against the Defendant including but not limited to misrepresentation, deprivation of constitutionally protected rights, abuse of power and breach of fiduciary duty, and sought damages to the tune of $300,000 on all counts against the Defendant.

5. The Complaint was filed on April 25th 2023 and the Defendant was duly served as on May 18 2023 with a summon as provided by law for appearance in court, but the Defendant has failed to respond in any manner whatsoever. As evident from the record examined from the clerk's file, docket and computer record maintained in the matter, the Defendant has failed to file a written answer, or otherwise file their appearance within 30 days of the service of summons. (See Exhibit 'A' for certificate/proof of service)

6. Therefore, the Plaintiff files the instant motion for default against the Defendant for want of appearance and for failure to plead. The motion is further lent credibility by the fact that the repeated notarized affidavits sent by the Plaintiff which were returned unrebutted by the Defendant.

7. It is imperative to note that Affidavits are sworn documents containing a presumption of truth and the person making the Affidavits can be held liable to perjury for lying on oath, which indicates to their significance as compared to other documents and notices. Therefore, as per the maxim vested with the force of law, *"an unrebutted affidavit stands as the truth in commerce"*. **See 1 Pet. 1:25; Heb. 6:13-15**. This is further strengthened by the legal maxim which states that *"He, who does not deny, admits."* If a claim is made in an Affidavit and it goes unchallenged, the said claim emerges .as a truth in the matter. Accordingly, an unrebutted affidavit becomes the judgement in commerce. **See Heb. 6:16-17.**

8. That the Defendant is not in the military service of the United States of America and is not on active duty for purpose of the Soldier's and Sailor's Civil Relief Act.

**WHEREFORE**, the undersigned/Plaintiff prays that the Court hold the Defendant in Default pursuant to 735 ILCS 5/2-1301, and find that the allegations of the Petition herein are confessed against the Respondent, and therefore grants a default judgement for the Plaintiff and against the Defendant in the amount of $ 300,000 plus costs of suit, rescission of signature's off documents and any other relief that this court in equity deem reasonable and just.

Without prejudice the above, the court may if it so thinks fit set the matter for prove-up hearing immediately wherein the Plaintiff shall bring all evidence necessary to prove his allegations as against the Defendant.

Respectfully

Submitted_____

Robert Lee Dahlem

5

## CERTIFICATION

Under penalties provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matter therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that s/he verily believes the same to be true.

ROBERT LEE DAHLEM

Plaintiff Pro se/ ALL RIGHTS RESERVED

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to via regular US Mail to: Karen A. Yarbrough 118 N Clark St Room 230 Chicago IL 60602 on this day July 15th 2023

Robert Lee Dahlem

5360 Ariva St #306  Lakeland FL 33812

STATE OF FLORIDA
COUNTY OF POLK
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 14 DAY OF July, 2023
NOTARY PUBLIC
MY COMMISSION EXPIRES: 3/9/2025



Sierra Westmoreland
Notary Public
State of Florida
Comm# HH102343
Expires 3/9/2025